Justin M. Penn (SBN 302350)
jpenn@hinshawlaw.com
Aji N. Abiedu (SBN 282794)
aabiedu@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant HARRIS & HARRIS, LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATA KING,<br><br>        Plaintiff,<br><br>vs.<br><br>HARRIS & HARRIS, LTD.,<br><br>        Defendant. | Case No.  3:15-cv-01187-GPC-BGS<br><br>(Assigned to the Honorable Gonzalo P. Curiel Courtroom "2D, 2nd Floor")<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Removal Filed:  May 28, 2015 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that Pursuant to Fed. R. Civ. Pro. 41(a), Defendant HARRIS & HARRIS, LTD ("Defendant") voluntarily dismisses the above-captioned action without prejudice.

On May 28, 2015, Defendant inadvertently filed in this Court, a Notice of Removal of Los Angeles Superior Court action, entitled *King v. Harris & Harris, LTD.*, and bearing the case number 15K04218.  The Notice of Removal was intended to be filed in the United States District Court, Central District of California, but was instead filed in the United States District Court, Southern District of California as a result of unintentional clerical error.

1
NOTICE OF VOLUNTARY DISMISSAL

31595420v1 0972645

On May 29, 2015, the action was removed to United States District Court, Central District of California, bearing the case number 2:15-cv-04043-CAS-PJW. Attached hereto as **Exhibit "A"** is a true and correct copy of the Notice or Removal, filed in the United States District Court, Central District of California.

On May 29, 2015, Defendant filed a Notice of Errata re the Notice of Removal, requesting that the Court close this action. Attached hereto as **Exhibit "B"** is a true and correct copy of the Notice.

On June 1, 2015, the Defendant received an email from the Clerk's Office, requesting that Defendant file a notice of voluntary dismissal to close the case. Attached hereto as **Exhibit "C"** is a true and correct copy of the email.

Defendant now gives notice that it desires to voluntarily dismiss this action from this Court, pursuant Fed. R. Civ. Pro. 41(a).

DATED: June 6, 2015                     HINSHAW & CULBERTSON LLP

                                        By: *s/Aji N. Abiedu*
                                        Aji N. Abiedu
                                        Attorneys for Defendant HARRIS & HARRIS, LTD.

# EXHIBIT A

Justin M. Penn (SBN 302350)
jpenn@hinshawlaw.com
Aji N. Abiedu (SBN 282794)
aabiedu@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant HARRIS & HARRIS, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATA KING,<br><br>        Plaintiff,<br><br>   vs.<br><br>HARRIS & HARRIS, LTD.,<br><br>        Defendant. | Case No. _____<br><br>(Assigned to the Honorable<br>_____ Courtroom "__")<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1331, 1441 AND 1446**<br><br>[SUBJECT MATTER JURISDICTION]<br><br>Removal Filed: May 29, 2015 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C. sections 1331, 1441(a) and 1446(b), Defendant HARRIS & HARRIS, LTD. ("H&H"), hereby removes to this Court the state action currently pending in the Los Angeles County Superior Court of California, described more fully below:

1.  On April 9, 2015, a civil action was commenced in the Superior Court of the State of California, in and for the County of Los Angeles, entitled *Renata King v. Harris & Harris, LTD.*, as case number 15K04218. True and

1

1  correct copies of all pleadings, process and orders in said action served upon H&H are attached hereto as **Exhibit "A"** and incorporated herein.

2. Defendant H&H's registered agent was personally served with a copy of the summons and complaint between April 9, 2015 and May 19, 2015.

3. In light of its pendency in Los Angeles County, the United States District Court for the Cental District of California, Western Division, is the proper forum for removal under the provisions of 28 U.S.C. sections 84(d) and 1441(a) and 1446(b).

4. This Notice of Removal was filed within thirty days of service of the complaint upon Defendant and one year of the commencement of the action. It is, therefore, timely under 28 U.S.C. section 1446(b).

5. The complaint purports to allege a federal cause of action against Defendant for purported violations of the Fair Debt Collection Practices ("FDCPA"), 15 U.S.C. §§1692 *et seq.*

6. This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331 and may be removed to this Court pursuant to the provisions of 28 U.S.C. sections 1441(a) and 1446(b) in that it is a civil proceeding over which the district courts have original jurisdiction as a claim arising under the laws of the United States, the FDCPA, 15 U.S.C. §§ 1692 *et seq.*

WHEREFORE, Defendant hereby notifies Plaintiff Renata King by and through her attorneys that the above-entitled action, formerly pending in the Los Angeles County Superior Court has been removed from that court to this Court. Defendant prays that this Court will make any and all orders necessary to effect the removal of this cause from the Court of the State of California for the County of Los

///

1  Angeles and to effect and prepare in this Court the true record of all proceedings
2  that may have been had in the said state court proceedings.
3
4
5  DATED: May 28, 2015                    HINSHAW & CULBERTSON LLP
6
7                                         By: *s/Aji N. Abiedu*
                                               Aji N. Abiedu
8                                              Attorneys for Defendant HARRIS &
                                               HARRIS, LTD.

3

# EXHIBIT B

```
 1  Justin M. Penn (SBN 302350)
    jpenn@hinshawlaw.com
 2  Aji N. Abiedu (SBN 282794)
    aabiedu@hinshawlaw.com
 3  HINSHAW & CULBERTSON LLP
    11601 Wilshire Blvd., Suite 800
 4  Los Angeles, CA 90025
    Telephone: 310-909-8000
 5  Facsimile:  310-909-8001

 6  Attorneys for Defendant HARRIS & HARRIS, LTD.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| RENATA KING, | Case No. 3:15-cv-01187-GPC-BGS |
|---|---|
| Plaintiff, | (Assigned to the Honorable Gonzalo P. Curiel Courtroom "2D, 2nd Floor") |
| vs. | |
| HARRIS & HARRIS, LTD., | **NOTICE ERRATA RE NOTICE OF REMOVAL** |
| Defendant. | Removal Filed: May 28, 2015 |

NOTICE OF ERRATA RE NOTICE OF REMOVAL

31594956v1 2711

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on May 28, 2015, Defendant HARRIS & HARRIS, LTD., inadvertently filed in this Court, a Notice of Removal of Los Angeles Superior Court action, entitled *King v. Harris & Harris, LTD.*, and bearing the case number 15K04218. The Notice of Removal was intended to be filed in the United States District Court, Central District of California, but was instead filed in the United States District Court, Southern District of California as a result of unintentional clerical error.

On May 29, 2015, the action was removed to United States District Court, Central District of California, bearing the case number 2:15-cv-04043-CAS-PJW. Attached hereto as **Exhibit "A"** is a true and correct copy of the Notice or Removal, filed in the United States District Court, Central District of California. Defendant respectfully requests that this Court close this case, as it has been removed to the proper forum.

Counsel for Defendant HARRIS & HARRIS, LTD., apologizes to the Court, counsel and parties for any inconvenience this unintentional error may have caused.

DATED: May 29, 2015     HINSHAW & CULBERTSON LLP

By: *s/Aji N. Abiedu*
Aji N. Abiedu
Attorneys for Defendant HARRIS & HARRIS, LTD.

1
NOTICE ERRATA RE NOTICE OF REMOVAL

31594956v1 2711

EXHIBIT C



**Electronic Filing in Case#: 3:15-cv-01187-GPC-BGS.**
efile_information  to: aabiedu                                    06/01/2015 10:40 AM

```
Case Number: 3:15-cv-01187-GPC-BGS, King v. Harris & Harris, Ltd.
Judge Gonzalo P. Curiel, presiding

Document Number: 4
Event selected: Notice (Other)
DocketText: NOTICE  by Harris & Harris, Ltd.  re [2]  Notice of Appearance,
[1]   Notice of Removal, [3]   Notice of Party With Financial Interest
<i>Notice of Errata re Notice of Removal</i>   (Abiedu, Aji)
     ********************************************************

Dear Aji Abiedu,

Thank you for filing the above documents electronically.
  **** If this case was filed in the wrong district and you are trying to
close the case in the Southern District of California, please file a notice of
voluntary dismissal. ****


Thank you for your attention to this issue.  If you have any questions with
regard to this or any future filings, please contact us at 866-233-7983.

Quality Control
Clerk's Office, U.S. District Court
efile_information@casd.uscourts.gov


(dlg)
```

# CERTIFICATE OF SERVICE

*Renata King v. Harris & Harris, LTD.*

Case No. 3:15-CV-01187-GPC-BGS

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Los Angeles, California 90025.

On **June 2, 2015**, I served the document(s) entitled, **NOTICE OF VOLUNTARY DISMISSAL**, on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE LIST

☐ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on June 2, 2015, at Los Angeles, California.

*/s/ Robin Mojica*
Robin Mojica

1
CERTIFICATE OF SERVICE

31595420v1 0972645

## SERVICE LIST

*Renata King v. Harris & Harris, LTD.*

**Case No. 3:15-CV-001187-GPC-BGS**

| | |
|---|---|
| Todd Friedman (SBN 216752)<br>Suren N. Weerasuriya (SBN 278521)<br>Adrian R. Bacon (SBN 280332)<br>LAW OFFICES OF TODD M. FRIEDMAN<br>324 S. Beverly Drive, Suite 725<br>Beverly Hills, CA 90212<br>Phone: (877) 206-4741<br>Facsimile: (866) 633-0228<br>Emails:<br>tfriedman@attorneysforconsumers.com;<br>sweerasuriya@attorneysforconsumers.com;<br>abacon@attorneysforconsumers.com | Attorneys for Plaintiff RENATA KING |

1

SERVICE LIST

31595420v1 0972645